IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **DAVID ALAN SMITH**  )  )   Plaintiff,                     )   vs.                                            )  ) **LEXISNEXIS RISK SOLUTIONS, INC.**  )   Defendant.                   )  ) | Civil Action No. 13-10774 |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter the appearance of John Soumilas on behalf of Plaintiff in the above-captioned matter.

                                          **Respectfully submitted,**

                                          **FRANCIS & MAILMAN, P.C.**

BY:    */s/ John Soumilas*
           JOHN SOUMILAS
           Land Title Building, 19th Floor
           100 South Broad Street
           Philadelphia, PA  19110
           (215) 735-8600

February 25, 2013