AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

David Alan Smith,

                          *Plaintiff,*

v.                                                       Case No. 4:13–cv–10774–MAG–MAR
                                                       Hon. Mark A. Goldsmith

LexisNexis Risk Solutions, Inc.,

                          *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:  LexisNexis Risk Solutions, Inc.

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                James A. Francis
                Land Title Building
                100 South Broad Street
                19th Floor
                Philadelphia, PA
                19110

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*         By:  s/ D. Tyler
                                                                     *Signature of Clerk or Deputy Clerk*

                                                                  Date of Issuance:  February 26, 2013



AO 440 (Rev. 12/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 4:13−cv−10774−MAG−MAR
Hon. Mark A. Goldsmith

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:   LexisNexis Risk Solutions, Inc.

Date of Service:

## Method of Service

_____ Personally served at this address:

_____ Left copies at defendant's usual place of abode with (name of person):

_____ Other (specify):

_____ Returned unexecuted (reason):

**Service Fees:**  Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address: