**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

|  |  |
|---|---|
| **DAVID ALAN SMITH,** | ) |
| **Plaintiff,** | ) Civil Action No. 13-cv-10774 |
| v. | ) |
| **LEXISNEXIS SCREENING SOLUTIONS, INC.,** | ) |
| **Defendant.** | ) |

Plaintiff David Alan Smith submits the following supplemental jury instruction.

## PLAINTIFF'S JURY INSTRUCTION NO. 19A:  Effect of Disclaimer

     A private agreement or understanding between a consumer reporting agency such as LexisNexis and the purchaser of a report, such as Great Lakes, which contains a disclaimer of the accuracy of the information in the report does not affect the consumer reporting agency's legal obligation under the FCRA to assure maximum possible accuracy.  Qualifying language on the report admitting that the information might be inaccurate also does not avoid the legal obligation under the FCRA to assure maximum possible accuracy.

## AUTHORITY FOR PLAINTIFF'S JURY INSTRUCTION NO. 19A

*Cortez v. Trans Union, LLC*, 617 F.3d 688, 709 (3d Cir. 2010) (holding that maximum possible accuracy standard of the FCRA "requires more than merely allowing for the possibility of accuracy" and declaring that the court was "not persuaded that Trans Union's private contractual arrangements with its clients can alter the application of federal law, absent a statutory provision allowing that rather unique result."); *Gomez v. Kroll Factual Data Inc.*, ___F. Supp. 2d ____, 2013 WL 6406213, at *3-4 (D. Col. Dec. 6, 2013) (stating on a credit report that the name connected to a negative item of information is "similar to" the name of the credit applicant is insufficient to avoid liability under FCRA section 1681e(b) for a CRA's failure to assure maximum possible accuracy).