UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID ALAN SMITH,

    Plaintiff,

v                                     Case No. 13-10774
                                      HON. MARK A. GOLDSMITH

LEXISNEXIS SCREENING SOLUTIONS,
INC.,

    Defendant.
_____/

**JURY NOTE**

*FILED OCT 24 2014 — MARK A. GOLDSMITH, U.S. DISTRICT JUDGE, EASTERN DISTRICT OF MICHIGAN*

> We have reached
> a verdict