IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

DAVID ALAN SMITH, )
)
    Plaintiff, ) Civil Action No. 13-cv-10774
)
v. )
)
LEXISNEXIS SCREENING )
SOLUTIONS, INC., )
)
    Defendant. )

FILED
OCT 2 4 2014
MARK A. GOLDSMITH
U.S. DISTRICT JUDGE
EASTERN DISTRICT OF MICHIGAN

## VERDICT FORM

**Question No. 1:** Did Defendant LexisNexis negligently fail to follow reasonable procedures to assure the maximum possible accuracy of the information on the report it sold about Plaintiff David Alan Smith to Great Lakes Wine & Spirits on December 12, 2012?

    Yes ✓    No _____

If your answer is "Yes" to Question No. 1, proceed to Question No. 2.

If your answer is "No" to Question No. 1, your deliberations are concluded and you should so advise the marshal.

**Question No. 2:** Was Defendant LexisNexis's conduct a substantial factor in causing damages to Plaintiff David Alan Smith?

    Yes ✓    No _____

If your answer is "Yes" to Question No. 2, proceed to Question No. 3.

If your answer is "No" to Question No. 2, proceed to Question No. 4.

<u>Question No. 3:</u>    What compensatory damages do you award to Plaintiff David Alan Smith?

$ __75,000__

<u>Question No. 4:</u>  In addition to acting negligently, did Defendant LexisNexis willfully fail to follow reasonable procedures to assure the maximum possible accuracy of the information on the report it sold about Plaintiff David Alan Smith to Great Lakes Wine & Spirits on December 12, 2012?

Yes __✓__    No _____

If your answer is "Yes" to Question No. 4, proceed to Question No. 5.

If your answer is "No" to Question No. 4, your deliberations are concluded and you should so advise the marshal.

<u>Question No. 5:</u>  What punitive damages do you award to Plaintiff David Alan Smith?

$ __300,000__

Advise the marshal that your deliberations are concluded.

Date: __10-24-2014__

s/Jury Foreperson
In compliance with the Privacy Policy Adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.