# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **DAVID ALAN SMITH,** | ) |
| Plaintiff, | ) Civil Action No. 13-cv-10774 |
| v. | ) |
| **LEXISNEXIS SCREENING SOLUTIONS, INC.,** | ) |
| Defendant. | ) |

## ORDER OF JUDGMENT

AND NOW, on this 19th day of February, 2016, pursuant to this Court's orders dated September 30, 2015 (Doc. 70), and January 21, 2016 (Doc. 79), the parties having agreed to the form of this Order of Judgment, but not its substance, it is now ORDERED that Judgment is hereby entered in favor of the Plaintiff David Alan Smith and against the Defendant Lexis Nexis Screening Solutions, Inc., as follows:

1. Judgment in the amount of $75,000, for damages related to a negligent violation of 15 U.S.C. Sec. 1681e(b), is entered in favor of the Plaintiff David Alan Smith and against the Defendant LexisNexis Screening Solutions, Inc., pursuant to 15 U.S.C. Sec. 1681o and this Court's Order at ECF No. 70;

2. Judgment in the amount of $150,000, for punitive damages related to a willful violation of 15 U.S.C. Sec. 1681e(b), is entered in favor of the Plaintiff David Alan Smith and against the Defendant LexisNexis Screening Solutions, Inc., pursuant to 15 U.S.C. Sec. 1681n and this Court's Order at ECF No. 70;

3. Judgment in the amount of $161,994.87, for attorney fees and costs pursuant to 15 U.S.C. Sec. 1681n and 15 U.S.C. Sec. 1681o, is entered in favor of the Plaintiff David Alan Smith and against the Defendant LexisNexis Screening Solutions, Inc., pursuant to this Court's Order at ECF No. 79; and

4. This judgment is governed by the stipulation at ECF No. 56, Paragraph 4.

SO ORDERED.

Dated: February 19, 2016           s/Mark A. Goldsmith
       Detroit, Michigan           MARK A. GOLDSMITH
                                   United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 19, 2016.

                                   s/Karri Sandusky
                                       Case Manager