UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID ALAN SMITH,

       Plaintiff,

vs.

       Case No. 4:13-cv-10774-MAG-MAR

       Hon. MARK A. GOLDSMITH

LEXISNEXIS SCREENING
SOLUTIONS, INC.,

       Defendant.

## ORDER OF COURT

AND NOW, on this __ day of October, 2016, it is now ORDERED that JUDGMENT is hereby entered in favor of the Plaintiff David Alan Smith and against the Defendant Lexis Nexis Screening Solutions, Inc., as follows:

1.    A judgment in the amount of $75,311.29 for damages and interest thereon is entered in favor of the Plaintiff David Alan Smith and against the Defendant LexisNexis Screening Solutions, Inc.

2.    A judgment in the amount of $162,516.29, for trial court related attorney fees and costs and interest thereon is entered in favor of the Plaintiff David Alan Smith and against the Defendant LexisNexis Screening Solutions, Inc.

3.    Plaintiff's counsel may file any supplemental petition for fees and costs related to appellate court attorney's fees and costs in this matter pursuant to 15 U.S.C. § 1681o and Fed. R. Civ. P. 54(d)(2) within 14 days of the entry of the above-referenced judgments.

IT IS SO ORDERED.

Dated: October __, 2016                        /s/Mark A. Goldsmith
Detroit, Michigan                              MARK A. GOLDSMITH
                                                United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October __, 2016.

/s/Karri Sandusky
Case Manager