UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID ALAN SMITH,

      Plaintiff,                                         Civil Action No. 13-CV-10774

v                                                          HON. MARK A. GOLDSMITH

LEXISNEXIS SCREENING
SOLUTIONS, INC.,

      Defendant.
_____/

## ORDER OF JUDGMENT

Judgment is entered in favor of the Plaintiff David Alan Smith and against the Defendant LexisNexis Screening Solutions, Inc., as follows: (i) in the amount of $75,311.29 for damages and interest thereon, and (ii) in the amount of $162,516.29, for trial court related attorney fees and costs and interest thereon. Plaintiff's counsel may file a supplemental petition for fees and costs related to appellate court attorney's fees and costs in this manner pursuant to 15 U.S.C. § 1681o and Rule 54(d)(2) of the Federal Rules of Civil Procedure within 14 days of the entry of this Order of Judgment.

SO ORDERED.

Dated: November 9, 2016          s/Mark A. Goldsmith
      Detroit, Michigan             MARK A. GOLDSMITH
                                                 United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 9, 2016.

                                                            s/Karri Sandusky
                                                            Case Manager