**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **DAVID ALAN SMITH,** | ) |
| Plaintiff, | ) Civil Action No. 13-cv-10774 |
| v. | ) |
| **LEXISNEXIS SCREENING SOLUTIONS, INC.,** | ) |
| Defendant. | ) |

**CONSENT ORDER OF SUPPLEMENTAL JUDGMENT**

AND NOW, on this 18th day of November, 2016, pursuant to this Court's Order of Judgment dated November 9, 2016 (Doc. 89), and the parties having reached an agreement related to appellate court attorney's fees and costs in this matter, it is now ORDERED that a Supplemental Judgment is hereby entered in favor of the Plaintiff David Alan Smith and against the Defendant Lexis Nexis Screening Solutions, Inc. in the amount of $33,000 for appellate court related attorney's fees and costs.

SO ORDERED.

Dated: November 18, 2016          s/Mark A. Goldsmith
Detroit, Michigan                 MARK A. GOLDSMITH
                                  United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 18, 2016.

                                  s/Shawna C. Burns
                                  Case Manager Generalist