# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **DAVID ALAN SMITH,** | ) |
| **Plaintiff,** | ) Case No. 4:13-cv-10774 |
| v. | ) Honorable Mark A. Goldsmith |
| **LEXISNEXIS SCREENING SOLUTIONS, INC.,** | ) |
| **Defendant.** | ) |

## SATISFACTION OF JUDGMENT

Plaintiff David Alan Smith and Defendant LexisNexis Screening Solutions, Inc. hereby stipulate and agree, through counsel, that:

1. Judgment was entered in favor of the Plaintiff David Alan Smith and against the Defendant LexisNexis Screening Solutions, Inc. in the above-captioned action. ECF No. 89; ECF No. 92.

2. Defendant LexisNexis Screening Solutions, Inc. has paid, in full, the entirety of the judgment entered against it in the above-captioned action.

3. Because the entirety of the judgment against Defendant LexisNexis Screening Solutions, Inc. in the above-captioned civil action has been paid in full, the judgment should be, and hereby is, released and satisfied.

| | |
|---|---|
| **Francis & Mailman, PC** | **Picadio, Sneath, Miller, & Norton, PC** |
| */s/ John Soumilas* | */s/ Jason A. Spak* |
| John Soumilas | Jason A. Spak |
| 100 South Broad Street, 19th Floor | 444 Liberty Avenue, Suite 1105 |
| Philadelphia, PA  19110 | Pittsburgh, PA 15222 |
| jsoumilas@consumerlawfirm.com | jspak@psmn.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |